```
            IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                       DIVISION OF ST. CROIX


TRACIA WALTERS                     :        CIVIL ACTION
                                   :
          v.                       :
                                   :
GOVERNMENT OF THE VIRGIN           :
ISLANDS, et al.                    :        NO. 12-109
```

ORDER

AND NOW, this 6th day of May, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the Government of the Virgin Islands and the Virgin Islands Police Department to dismiss the amended complaint (Doc. # 28) is GRANTED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                              HARVEY BARTLE III           J.
                              SITTING BY DESIGNATION
```